**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PACER PRINT** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Pacer Packaging** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4843363** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4101 Guardian St**<br>**Simi Valley, CA 93063**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ventura**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.pacerprint.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | PACER PRINT | | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3231

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor _____   Case number (*if known*) _____

PACER PRINT

Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **PACER PRINT**
         Name

Case number (*if known*)

---

█ **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 17, 2025**
                 MM / DD / YYYY

X _____         **Peter Varady**
Signature of authorized representative of debtor    Printed name

Title   Managing Agent

---

**18. Signature of attorney**

X _____    Date   **February 17, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone    **818 774-3545**    Email address   **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

---

# United States Bankruptcy Court
## Central District of California

In re    **PACER PRINT**                                          Case No.

                                        Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Naomi Gonzalez**<br>**4066 Township Ave**<br>**Simi Valley, CA 93063** | | | **50%** |
| **Peter Varady**<br>**4066 Township Ave**<br>**Simi Valley, CA 93063** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 17, 2025**                Signature

                                            **Peter Varady**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Peter Varady 1:96-23997 AG (Central District of California). Chapter 7. Filed 11/26/1996. Discharge 04/04/1997.**
**Peter Varady 1:13-bk-14653 VK (Central District of California). Chapter 7. Filed 07/12/2013. Discharge 10/28/2013.**
**Naomi Gonzalez 5:10-bk-32191 SLJ (Northern District of California). Chapter 7. Filed 11/24/2010. Discharge 03/01/2011.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Simi Valley___ , California.

Date: ___02/17/25___

**Peter Varady**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **PACER PRINT**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑    *Schedule H: Codebtors* (Official Form 206H)
☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2025**        X _____
Signature of individual signing on behalf of debtor

**Peter Varady**
Printed name

~~Managing Agent~~    C e O
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name   **PACER PRINT**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................................    $      0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................    $      1,322,299.46

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................    $      1,322,299.46

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      2,048,741.33

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      23,925.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$      2,290,604.75

4.    Total liabilities .............................................................................................................
     Lines 2 + 3a + 3b      $      4,363,271.08

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PACER PRINT** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acucote PO Box 890174 Charlotte,, NC 28289-0174** | | **Supplier/Vendor** | | | | **$32,514.50** |
| **American Express Attn: CEO, President, Officer 200 Vesey St New York, NY 10285-3106** | | **American Express - Business Platinum Card** | | | | **$99,477.49** |
| **Bottom Line Concepts 3323 NE 163rd Street Suite 302 North Miami Beach,, FL 33160** | | **Supplier/Vendor** | | | | **$65,155.11** |
| **Case Paper 9168 Hermosa Avenue Rancho Cucamonga,, CA 91730** | | **Supplier/Vendor** | | | | **$111,815.07** |
| **Chase Ink Preferred Credit Card PO Box 15298 Wilmington,, DE 19886-5796** | | **Chase Ink Preferred Credit Card** | | | | **$30,476.16** |
| **Clear Image Printing 12744 San Fernando Rd. Building 2 Sylmar,, CA 91342** | | **Supplier/Vendor** | | | | **$108,983.49** |
| **Colorcom Inc 2437 S Eastern Ave. Commerce,, CA 90040** | | **Supplier/Vendor** | | | | **$94,835.00** |

| Debtor | **PACER PRINT** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Epson America Inc 3131 Katella Ave Los Alamitos,, CA 90720-2335** | | **Supplier/Vendor** | | | | **$39,827.81** |
| **FLEXcon Co., Inc. Flexcon Industrial Park Specner,, MA 01562** | | **Lawsuit - Judgment Entered** | | | | **$143,163.05** |
| **Geneva Capital, LLC 1311 Broadway Street Alexandria,, MN 56308** | | **DC350NANO basic label finisher machine with unwind. UCC-1 U230020321620.** | | **$88,738.94** | **$50,000.00** | **$38,738.94** |
| **GPA Printing CA, LLC 9655 De Soto Street Chatsworth,, CA 91311** | | **Supplier/Vendor** | **Subject to Setoff** | | | **$338,160.22** |
| **Hot Pack Co., Ltd Tonglexiakeng 2nd Industrial Longgang District Shenzhen, China** | | **Supplier/Vendor** | | | | **$343,390.14** |
| **IU Package Duhui National Building, Room 708 Tiyu Road, Houjie Town Dongguan, Guangdong, China** | | **Supplier/Vendor** | | | | **$130,903.00** |
| **James Ko, DBA, Zion Dental 3921 E La Palma Ave Ste B Anaheim,, CA 92807-1718** | | **Sublessor - 9257 Eton Avenue, Chatsworth, CA 91311** | | | | **$44,784.00** |
| **JJ Foil Company 1734 W Sequoia Ave. Orange,, CA 92868** | | **Supplier/Vendor** | | | | **$219,071.00** |
| **Mainline 3500 SW Topeka Blvd. Tope Topeka,, KS 66611-2374** | | **Supplier/Vendor. Judgment entered against the Debtor in case 23CHCV00922.** | | | | **$64,147.20** |
| **QuickBooks 2700 Coast Ave. Mountain View,, CA 94043** | | **Monies Loaned** | | | | **$56,947.00** |

Debtor __**PACER PRINT**_____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SGX 1150 N. Main Street Orange,, CA 92867** | | **Supplier/Vendor** | | | | **$33,744.00** |
| **TAM Printing 2961 E White Star Ave. Anaheim,, CA 92806** | | **Supplier/Vendor** | | | | **$57,933.00** |
| **UPM Raflatac 400 Broadpointe Drive Mills River,, NC 28759** | | **Supplier/Vendor** | | | | **$47,276.93** |

**Fill in this information to identify the case:**

Debtor name  **PACER PRINT**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America. Value as of 2/14/2025 | Checking | 6351 | $62.25 |
| 3.2. | JP Morgan Chase Bank. Value as of 2/14/2025. | Checking | 1209 | $1,209.00 |
| 3.3. | Bank of America. Value as of 2/14/2025. | Checking - Payroll | 3561 | $1,215.61 |
| 3.4. | Bank of America. Value as of 2/14/2025. | Checking - Utility | 3574 | $178.80 |
| 3.5. | US Bank. Value as of 2/14/2025. | Checking | 8976 | $39,775.39 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $42,441.05

**Part 2:**  **Deposits and Prepayments**

Debtor    **PACER PRINT**                                Case number *(If known)* _____
_____
Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Utility Deposit with Southern California Edison** | **$7,705.00** |
| 7.2. | **Security Deposit of $5,000 for sublease at 9257 Eton Ave. Chatsworth, CA 91311. Debtor has not occupied or paid rent for a period of months. No Value.** | **$0.00** |
| 7.3. | **Security Deposit for lease at 4101 Guardian St. Simi Valley, CA 93063** | **$19,130.76** |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Ongoing WIP Prepayments with Pacer Print to vendors for jobs in progress.** | **$52,066.65** |

**9.    Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$78,902.41**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Base materials for print processing; ink $13,000 and paper $7,000** | **Daily** | **$20,000.00** | **Cost** | **$10,000.00** |

Debtor  **PACER PRINT**                                     Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 20. | **Work in progress**<br>**Printed labels and other**<br>**job materials produced** | **Daily** | **$0.00** | **Cost** | **$178,000.00** |

| | | |
|---|---|---|
| 21. | **Finished goods, including goods held for resale** | |

| | | | | | |
|---|---|---|---|---|---|
| 22. | **Other inventory or supplies**<br>**Items held on-site before**<br>**shipping to clients** | **Daily** | **$0.00** | **Cost** | **$5,000.00** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$193,000.00** |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attachment "A"** | **$0.00** | **Mgmt Opinion** | **$8,135.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**See Attachment "A"** | **$0.00** | **Mgmt Opinion** | **$10,230.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| Debtor | **PACER PRINT** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $18,365.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Isuzu NPRHD. Vin: JALC4W164M7006824.** | **$65,295.85** | **Mgmt Opinion** | **$38,783.00** |
| 47.2. **2023 Toyota Tundra. VIN: PX03-2089.** | **$99,685.91** | **Mgmt Opinion** | **$60,579.00** |
| 47.3. **2023 Ford Transit Cargo Van VIN 1FTBW3X88PKA16451. Vehicle primarily used by the Debtor but in Naomi Gonzalez' name.** | **$59,375.00** | **Mgmt Op** | **$25,071.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Screen TP-JL350 Printer (used) | **$150,275.00** | **Mgmt Opinion** | **$50,000.00** |
| **Epson Surepress L-6534VW Printer** | **$0.00** | **Mgmt Opinion** | **$250,000.00** |
| **Air Compressor** | **$0.00** | **Mgmt Opinion** | **$5,000.00** |
| **Toyota Noble Lift SN PSE26NSL (new)** | **$0.00** | **Mgmt Opinion** | **$5,000.00** |
| **Toyota Forklift 8FBE15U (new). Attachments: Forks (Pari) 1.75x5x42 CL2, Industrial Battery, Industrial Charger, Battery Watering System, Waterying System Monitor Light.** | **$0.00** | **Mgmt Opinion** | **$25,000.00** |

Debtor    **PACER PRINT**                                    Case number *(If known)* _____
          _____
          Name

| | | | |
|---|---|---|---|
| **DC350NANO Basic Label Finisher Machine** | $0.00 | **Mgmt Opinion** | $50,000.00 |
| **BST Webguide 350mm with splicetable and clamps** | $0.00 | **Mgmt Opinion** | $3,000.00 |
| **Lamination Silencer Arm** | $0.00 | **Mgmt Opinion** | $3,000.00 |
| **Crush Knife Station** | $0.00 | **Mgmt Opinion** | $4,300.00 |
| **3x crush knives for slitting system** | $0.00 | **Mgmt Opinion** | $4,300.00 |
| **Roland Versauv LEC2-640 64in Printer/Cutter-with-Stand** | $0.00 | **Mgmt Opinion** | $12,000.00 |
| **GM LC350M Compact Laser Converting Labe Line System** | $0.00 | **Mgmt Opinion** | $250,000.00 |
| **2021 Grafisk Maskinfabrik America DC330MINI Basic Finishing Solution Converting Line Machine** | $0.00 | **Mgmt Opinion** | $75,000.00 |
| **Kongsberg x20 Edge Cutting Table** | $72,457.00 | **Mgmt Opinion** | $35,000.00 |
| **DC330Mini Basic Finishing Converting Line.** | $0.00 | **Mgmt Opinion** | $75,000.00 |

51.    **Total of Part 8.**                                                                           | $971,033.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 5

Debtor     **PACER PRINT**                                    Case number *(If known)* _____

Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **4101 Guardian St., Simi Valley, CA 93063. APN: 6260051105** | Lease | $0.00 | Mgmt Opinion | $0.00 |
| 55.2. | **9257 Eton Ave Chatsworth, CA 91311** | Sublessee | $0.00 | Mgmt Opinion | $0.00 |

56.  **Total of Part 9.**                                                                        | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.pacerprint.com www.pacerprintandpackaging.com www.pacerlabels.com www.prboxx.com www.pacerpouch.com www.getupstickers.com | $0.00 | Mgmt Opinion | $0.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                        | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

| Debtor | **PACER PRINT** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **NOL**    Tax year **2023** | $18,558.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Dripmore. Unable to collect on monies owed to Debtor.** | $0.00 |
| | Nature of claim    **Unpaid bill** Amount requested    **$113,147.58** | |
| | **Falcon Brands. Unable to collect on monies owed to Debtor.** | $0.00 |
| | Nature of claim    **Unpaid bill. Collections for Services Provided** Amount requested    **$45,158.63** | |
| | **IOTB. Unable to collect on monies owed to Debtor.** | $0.00 |
| | Nature of claim    **Unpaid bill. Collections for Services Provided** Amount requested    **$19,699.52** | |
| | **Phire Labs. Unable to collect on monies owed to Debtor.** | $0.00 |
| | Nature of claim    **Unpaid bill. Collections for Services Provided** Amount requested    **$6,629.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

Debtor    **PACER PRINT**
_____    Case number *(If known)* _____
     Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$18,558.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **PACER PRINT**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$42,441.05** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$78,902.41** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$193,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$18,365.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$971,033.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$18,558.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,322,299.46** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,322,299.46** |

**Schedule AB**

**Attachment "A"**

| Quantity Item | Description | Value |
|---|---|---|
| 39. Office Furniture | | |
| 1 Lasko Standing Fan | | $15 |
| 1 Lenvo Laptop | | $100 |
| 1 Server | Server | $1,000 |
| 20 Office Desks | White, height-adjustable | $1,200 |
| 31 Desk Chairs | various desk chairs | $700 |
| 2 Sofa Chairs | Yellow color | $100 |
| 2 Sofa Chairs | Blue color | $200 |
| 2 Fridges | Stainless-steel finish & black | $400 |
| 3 Office Glass Tables | Small size, round shape | $100 |
| 2 Office Couches | Blue color | $100 |
| 1 Office Couch | Yellow color | $100 |
| 1 Office Couch | Gray/Black | $75 |
| 6 Bookshelves | | $250 |
| 1 TV Stand | | $50 |
| 6 File Cabinets | Small size | $300 |
| 2 File Cabinets | Large size, black color | $50 |
| 6 TV Wall Mounts | | $120 |
| 3 Glass Dry-Erase Boards | Extra-Large | $50 |
| 2 Trash Cans | Large size, silver color | $30 |
| 1 Trash Cans | Small size, silver color | $15 |
| 2 Trash Cans | Medium size, white/grey color | $20 |
| 10 Trash Cans | Small size, beige color | $30 |
| 2 Dining Tables | Wood, seats 6 | $200 |
| 1 Dining Table | Tall, White color top - 6 chairs | $200 |
| 12 Dining Chairs | Various colors, wood material | $120 |
| 2 Microwaves | Small and medium size | $50 |
| 1 Toaster Oven | Countertop size | $10 |
| 3 Wall Paintings | Big Paintings | $900 |
| 1 Cubicles 6 pack | cubicles | $750 |
| 1 Cubicle 1 pack | cubicles | $200 |
| 1 Meeting Conference Table | Conference Table | $500 |
| 1 Misc Kitchen items | | $200 |
| 41. Office Electronics | Total: | $8,135 |
| 23 Office Computers | various computers | $8,000 |
| 30 Keyboards | | $500 |
| 2 TVs | Small Size | $300 |
| 3 TVs | Large | $600 |
| 10 Desktop printers | Black and white colors | $250 |
| 3 Dymo label printer | shipping label printers | $45 |
| 1 Brother portable scanner | drivers scanner | $25 |
| 1 Paper Shredder | | $10 |
| 22 Yealink phones | | $500 |
| | Total: | $10,230 |

**Fill in this information to identify the case:**

Debtor name    **PACER PRINT**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Channel Partners Capital, LLC**
Creditor's Name

**10900 Wayzata Blvd. Suite 300**
**Minnetonka,, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/26/2024**
**Last 4 digits of account number**
**2354**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Monies Loaned. UCC-1 U240095429336. 6th position.**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$61,364.00                    $0.00

**2.2** **Channel Partners Capital, LLC**
Creditor's Name

**10900 Wayzata Blvd. Suite 300**
**Minnetonka,, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/11/2024**
**Last 4 digits of account number**
**6801**

**Describe debtor's property that is subject to a lien**
**Monies Loaned**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$64,255.00                    $0.00

| Debtor | **PACER PRINT** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ENGS Commercial Finance Co** | | **$0.00** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 128**
**Itasca, IL 60143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All assets. UCC-1 U230020019721. Epson Surepress L-6534VW Printer.**

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Crdt Co Llc** | | **$45,087.82** | **$25,071.00** |
|---|---|---|---|---|

Creditor's Name

**c/o AIS Portfolio Services LLC**
**4515 N Santa Fe Ave Dept APS**
**Oklahoma City, OK 73118**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/8/2022**

**Last 4 digits of account number**

**7494**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2023 Ford Transit Cargo Van VIN 1FTBW3X88PKA16451. (Collateral in Naomi Gonzalez' name)**

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fundbox** | **Describe debtor's property that is subject to a lien** | **$30,275.98** | **$0.00** |
|---|---|---|---|---|

---

| Debtor | PACER PRINT | Case number (if known) |
|---|---|---|
| | Name | |

---

**Creditor's Name**

**300 Montgomery St. Suite #900**
**San Francisco,, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/20/2024**

**Last 4 digits of account number**
**7169**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Monies Loaned. Believed to be UCC-1 U210053091924. Believed to be 2nd position. Extent that Fundbox's lien attached to collateral is unclear. Present balance uncertain amount listed is the principal balance.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Geneva Capital, LLC** | | $88,738.94 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**1311 Broadway Street**
**Alexandria,, MN 56308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/24/2023**

**Last 4 digits of account number**
**2354**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**DC350NANO basic label finisher machine with unwind. UCC-1 U230020321620.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Geneva Capital, LLC** | | $38,799.62 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**1311 Broadway Street**
**Alexandria,, MN 56308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**UCC-1 U220240601722. Roland Versauv LEC2-640, Generator Corona System, VE1A-A(C4)410 Blower/Fan, Corona Cabinet for DC330Mini.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

| Debtor | **PACER PRINT** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**11/2/2022**

**Last 4 digits of account number**

**2354**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Itria Ventures/Biz 2 Credit** | Describe debtor's property that is subject to a lien | $174,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Penn Plaza, 49th Floor**
**New York,, NY 10119**

Creditor's mailing address

**Monies Loaned. UCC-1 U250100262318. 7th position. Claim amount based on opening balance minus payments made.**

Describe the lien

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/6/2025**

**Last 4 digits of account number**

**9468**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Liberty Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $421,223.66 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: CEO, President, Officer**
**1011 Camino Del Rio South Ste 440**
**San Diego, CA 92108**

Creditor's mailing address

**GM LC350M Compact Laser Converting Label Line. UCC-1 U220200935823.**

Describe the lien

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/25/2022**

**Last 4 digits of account number**

**0417**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Mitsubishi HC Capital America** | Describe debtor's property that is subject to a lien | $22,480.92 | $65,295.85 |
|---|---|---|---|---|

| Debtor | **PACER PRINT** | Case number *(if known)* | |
|--------|-----------------|--------------------------|--|
| | Name | | |

Creditor's Name

**Attn: CEO, President, Officer**
**800 Connecticut Ave**
**Norwalk, CT 06854**

Creditor's mailing address

**2021 Isuzu NPRHD**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/20/2021**

**Last 4 digits of account number**
**5643**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | **Mitsubishi HC Capital America** | | $549,000.00 | $300,000.00 |
|-------|-----------------------------------|--|-------------|-------------|

Creditor's Name

**Attn: CEO, President, Officer**
**800 Connecticut Ave**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**EPSON - SUREPRESS L-6534VW - PRINTER**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/23/2023**

**Last 4 digits of account number**
**7138**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | **Mitsubishi HC Capital America** | | $150,275.00 | $50,000.00 |
|-------|-----------------------------------|--|-------------|------------|

Creditor's Name

**Attn: CEO, President, Officer**
**800 Connecticut Ave**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 SCREEN - TP-JL350 - PRINTER (from NSF Leasing). UCC-1 U230079788943.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Debtor | **PACER PRINT** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**11/9/2023**

**Last 4 digits of account number**
**7138**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Newlane Finance** | Describe debtor's property that is subject to a lien | $13,403.28 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**123 S. Broad Street 17th Fl**
**Philadelphia,, PA 19109**

Creditor's mailing address

**Air Compressor and Kongsberg x20 Edge Cutting Table. UCC-1 U210080920523**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/01/2021**

**Last 4 digits of account number**
**3465**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **North Mill Credit Trust** | Describe debtor's property that is subject to a lien | $41,014.65 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**601 Merritt 7 Suite 5**
**Norwalk,, CT 06851**

Creditor's mailing address

**DC330Mini Basic Finishing Converting Line. UCC-1 U210060839022**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2021**

**Last 4 digits of account number**
**5047**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $75,611.78 | $99,685.91 |
|---|---|---|---|---|

---

Debtor  **PACER PRINT**

Name

Case number (if known)

---

Creditor's Name

**6565 Headquarters Drive W2-3A-3D Plano, TX 75024**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**7/17/2023**

Last 4 digits of account number

**2665**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Toyota Tundra**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **Toyota Financial Services** | | $21,463.81 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o NBS PO Box 9014 Addison, TX 75001-9014**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Toyota Forklift Model #8FBE15U UCC-1 U220229144332. Rights assigned to Toyota by Rebas, Inc. Lease contains a $1.00 buyout provision.**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **Toyota Financial Services** | | $3,380.42 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o NBS PO Box 9014 Addison, TX 75001-9014**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien

**Noble Lift Model PSE26NSL, New. UCC-1 U220229144332. Rights assigned to Toyota by Rebas, Inc. Lease contains a $1.00 buyout provision.**

Describe the lien

**UCC-1**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 7 of 9

| Debtor | **PACER PRINT** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **U.S. Small Business Administration**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Monies Loaned. UCC-1 89156910002. 1st position.** | **$248,366.45** | **$0.00** |
|---|---|---|---|---|

**312 N Spring St 5th Flr**
**Los Angeles,, CA**
**90012-4701**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/17/2020**

**Last 4 digits of account number**
**1188**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,048,741.33** |
|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Liberty Capital Group, Inc.**<br>**5403 Olympic Dr. NW Ste 200**<br>**Gig Harbor,, WA 98335** | Line **2.9** | |
| **Liberty Capital Group, Inc.**<br>**45 Carey Ave Ste 200**<br>**Butler, NJ 07405** | Line **2.9** | |
| **Mitsubishi HC Capital America, Inc.**<br>**One Pierce Place Ste 1100**<br>**Itasca, IL 60143-0128** | Line **2.10** | |
| **Raceway Ford**<br>**5900 Sycamore Canyon Blvd**<br>**Riverside, CA 92507** | Line **2.4** | |

Debtor    **PACER PRINT**
_____
Name

Case number (if known)    _____

**Toyota Financial Services**
**c/o NBS**                                          Line    **2.15**
**PO Box 9014**
**Addison, TX 75001-9014**

**Fill in this information to identify the case:**

Debtor name    **PACER PRINT**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept of Tax & Fee<br>Admin<br>PO Box 942879<br>Sacramento, CA 94279-3555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,000.00** | **$0.00** |
|  | Date or dates debt was incurred<br>**December, 2024** | Basis for the claim:<br>**Taxes.** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board<br>Bankruptcy, PIT MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,030.00** | **$0.00** |
|  | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Fourth quarter. Taxes.** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **PACER PRINT** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**For notification purposes.** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,895.00 | $3,895.00 |
|---|---|---|---|---|

**Ventura County Tax Collector**
**800 S Victoria Ave**
**Ventura, CA 93009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**2025 Q1** | Basis for the claim:
**Taxes.** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,514.50** |
|---|---|---|---|

**Acucote**
**PO Box 890174**
**Charlotte,, NC 28289-0174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,085.52** |
|---|---|---|---|

**All American Air Compress**
**5927 Kester Avenue**
**Van Nuys,, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/26/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **A310**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,477.49** |
|---|---|---|---|

**American Express**
**Attn: CEO, President, Officer**
**200 Vesey St**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2017**

Basis for the claim:  **American Express - Business Platinum Card**

Last 4 digits of account number  **0400**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PACER PRINT** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,915.17 |
|---|---|---|---|

**American Express**
**Attn: CEO, President, Officer**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2022**

Basis for the claim:  **American Express - Amazon Business Prime Card**

Last 4 digits of account number  **8100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,208.51 |
|---|---|---|---|

**AV Graphics**
**20746 Plummer St.**
**Chatsworth,, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,589.71 |
|---|---|---|---|

**Bank of America Business Advantage**
**PO Box 15796**
**Wilmington,, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2019**

Basis for the claim:  **Bank of America Business Advantage Credit Card**

Last 4 digits of account number  **5896**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,155.11 |
|---|---|---|---|

**Bottom Line Concepts**
**3323 NE 163rd Street Suite 302**
**North Miami Beach,, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2023**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **6506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,648.51 |
|---|---|---|---|

**C&H Letterpress Inc**
**3400 W Castor St.**
**Santa Ana,, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/27/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,815.07 |
|---|---|---|---|

**Case Paper**
**9168 Hermosa Avenue**
**Rancho Cucamonga,, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,476.16 |
|---|---|---|---|

**Chase Ink Preferred Credit Card**
**PO Box 15298**
**Wilmington,, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/2025**

Basis for the claim:  **Chase Ink Preferred Credit Card**

Last 4 digits of account number  **2463**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PACER PRINT** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,983.49**

**Clear Image Printing**
**12744 San Fernando Rd. Building 2**
**Sylmar,, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/15/2024**

Last 4 digits of account number **0121**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$795.66**

**Color Correct Solutions**
**PO Box 1497**
**Templeton,, CA 93465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,835.00**

**Colorcom Inc**
**2437 S Eastern Ave.**
**Commerce,, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2023**

Last 4 digits of account number **6807**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,839.31**

**Edison**
**PO Box 300**
**Rosemead,, CA 91772-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2/2024**

Last 4 digits of account number **0899**

Basis for the claim:  **Utilities - Electricity**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Envision It Now**
**2238 Connell Avenue**
**Simi Valley,, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,827.81**

**Epson America Inc**
**3131 Katella Ave**
**Los Alamitos,, CA 90720-2335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2024**

Last 4 digits of account number **_**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,305.07**

**FedEx**
**Attn: Bankruptcy**
**1000 Ridgeway Loop Rd Ste 600**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August, 2024**

Last 4 digits of account number **9548**

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PACER PRINT** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
FLEXcon Co., Inc.
Flexcon Industrial Park
Specner,, MA 01562

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number  **PACERP**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit - Judgment Entered**

Is the claim subject to offset? ☐ No  ☐ Yes

**$143,163.05**

---

**3.19** | **Nonpriority creditor's name and mailing address**
Foster Printing
700 E. Alton
Santa Ana,, CA 92705

Date(s) debt was incurred  _

Last 4 digits of account number  **4641**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,222.25**

---

**3.20** | **Nonpriority creditor's name and mailing address**
Freightsaver.com LLC
Drawer # 3133 PO Box 5935
Troy,, MI 48007-5935

Date(s) debt was incurred  **8/27/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$7,023.80**

---

**3.21** | **Nonpriority creditor's name and mailing address**
Geneva Capital, LLC
1311 Broadway Street
Alexandria,, MN 56308

Date(s) debt was incurred  **8/3/2024**

Last 4 digits of account number  **90c1**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monies Loaned. Believed to be entirely unsecured.**

Is the claim subject to offset? ☐ No  ☐ Yes

**$19,002.23**

---

**3.22** | **Nonpriority creditor's name and mailing address**
GM America LLC
603 Norgal Drive Suite F
Lebanon,, OH 45036

Date(s) debt was incurred  **10/3/2023**

Last 4 digits of account number  **1287**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$15,259.14**

---

**3.23** | **Nonpriority creditor's name and mailing address**
Golden State Water Company
PO Box 51133
Los Angeles,, CA 90051-1133

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number  **3138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Water**

Is the claim subject to offset? ■ No  ☐ Yes

**$166.40**

---

**3.24** | **Nonpriority creditor's name and mailing address**
GPA Printing CA, LLC
9655 De Soto Street
Chatsworth,, CA 91311

Date(s) debt was incurred  **12/21/2022**

Last 4 digits of account number  **1099**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ☐ No  ■ Yes

**$338,160.22**

---

| Debtor | **PACER PRINT** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Group 35, CA LP**
**Attn: Gary Siegal, General Partner**
**5101 Douglas Fir Road**
**Calabasas, CA 91302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Landlord for 9257 Eton Ave. Included for notification purposes.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343,390.14 |
|---|---|---|

**Hot Pack Co., Ltd**
**Tonglexiakeng 2nd Industrial**
**Longgang District**
**Shenzhen, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2/2023

Basis for the claim:  Supplier/Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,903.00 |
|---|---|---|

**IU Package**
**Duhui National Building, Room 708**
**Tiyu Road, Houjie Town**
**Dongguan, Guangdong, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/24/2024

Basis for the claim:  Supplier/Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,784.00 |
|---|---|---|

**James Ko, DBA, Zion Dental**
**3921 E La Palma Ave Ste B**
**Anaheim,, CA 92807-1718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2023

Basis for the claim:  Sublessor - 9257 Eton Avenue, Chatsworth, CA 91311

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219,071.00 |
|---|---|---|

**JJ Foil Company**
**1734 W Sequoia Ave.**
**Orange,, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2024

Basis for the claim:  Supplier/Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Johnson Boyce Properties, LLC**
**10420 Pioneer Blvd**
**Santa Fe Springs, CA 90670-3734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Landlord - 4101 Guardian St Simi Valley CA 93063. Included for notification purposes.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,147.20 |
|---|---|---|

**Mainline**
**3500 SW Topeka Blvd. Tope**
**Topeka,, KS 66611-2374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/9/2021

Basis for the claim:  Supplier/Vendor. Judgment entered against the Debtor in case 23CHCV00922.

Last 4 digits of account number  2600

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACER PRINT** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,912.07**

**PayPal Mastercard**
**PO Box 71725**
**Philadelphia,, PA 19176-1718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2024**

Basis for the claim:  **PayPal Mastercard**

Last 4 digits of account number  **2185**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,947.00**

**QuickBooks**
**2700 Coast Ave.**
**Mountain View,, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2023**

Basis for the claim:  **Monies Loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,752.00**

**Santa Clarita Valley Telecom**
**1622 Mary Rd.**
**Acton,, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **3537**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,744.00**

**SGX**
**1150 N. Main Street**
**Orange,, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2023**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,933.00**

**TAM Printing**
**2961 E White Star Ave.**
**Anaheim,, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,108.65**

**Thomas Publishing**
**5 Penn Plaza**
**New York,, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2023**

Basis for the claim:  **Industrial Marketing, Ad Service**

Last 4 digits of account number  **1018**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,261.39**

**TQL**
**PO Box 634558**
**Cincinnati,, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PACER PRINT** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,276.93** |
|---|---|---|---|

**UPM Raflatac**
**400 Broadpointe Drive**
**Mills River,, NC 28759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2022**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **0820**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**Walker Brothers**
**3839 E. Coronado St.**
**Anaheim,, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **E5Y0**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$592.12** |
|---|---|---|---|

**Waste Management (WM)**
**PO Box 3020**
**Monroe,, WI 53566-8320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2024**

Basis for the claim:  **Utilities - Garbage**

Last 4 digits of account number  **0866**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,136.77** |
|---|---|---|---|

**WAUSAU Coated Products INC.**
**7801 Stewart Ave. PO Box 904**
**Wausau,, WI 54402-0904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **0516**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,231.37** |
|---|---|---|---|

**Western Corrugated Design**
**10035 Geary Ave**
**Santa Fe Springs,, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2024**

Basis for the claim:  **Supplier/Vendor**

Last 4 digits of account number  **0516**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **FedEx**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **23,925.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,304,909.82** |

Debtor    **PACER PRINT**
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 2,328,834.82

**Fill in this information to identify the case:**

Debtor name **PACER PRINT**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Finance Agreement of 1 Epson Surepress L6534VW Printer (New).** | |
| | State the term remaining | **March, 2028** | |
| | List the contract number of any government contract | | **ENGS Commercial Finance Co One Pierce Place Ste 1100 Itasca, IL 60143-0128** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial general and automobile liability insurance and also business personal property insurance.** | |
| | State the term remaining | **December, 2025** | |
| | List the contract number of any government contract | | **Farmers Insurance c/o Karen Cardenas 21757 Devonshire Street Ste 1a Chatsworth, CA 91311-2976** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease Agreement DC350NANO basic label finisher machine with unwind.** | |
| | State the term remaining | **June, 2028** | |
| | List the contract number of any government contract | | **Geneva Capital, LLC 1311 Broadway Street Alexandria,, MN 56308** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Roland Versauv LEC2-640 64in Printer / Cutter** | |
| | State the term remaining | **November, 2027** | |
| | List the contract number of any government contract | | **Geneva Capital, LLC 1311 Broadway Street Alexandria,, MN 56308** |

Debtor 1  **PACER PRINT**

First Name                Middle Name                Last Name                    Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for 9257 Eton Ave. Chatsworth, CA 91311** | |
|---|---|---|---|
| | State the term remaining | **December, 2025** | **James Ko, DBA, Zion Dental 3921 E La Palma Ave Ste B Anaheim,, CA 92807-1718** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 4101 Guardian St. Simi Valley, CA 93063** | |
|---|---|---|---|
| | State the term remaining | **June, 2029** | **Johnson Boyce Properties, LLC 139 W Arrow Hwy Pomona, CA 91767** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract #40500417 for GM LC350M Vompact Laser Converting Label Line** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Liberty Capital Group, Inc. Attn: CEO, President, Officer 1011 Camino Del Rio South Ste 440 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General and Automobile Liability Insurance** | |
|---|---|---|---|
| | State the term remaining | **January, 2026** | **Midvale Indemnity Co c/o Karen Cardenas 21757 Devonshire St Ste 1a Chatsworth, CA 91311-2976** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Motor Vehicle Security Agreement #359455 for 2021 Isuzu NPRHD** | |
|---|---|---|---|
| | State the term remaining | **May, 2026** | **Mitsubishi HC Capital America Attn: CEO, President, Officer 800 Connecticut Ave Norwalk, CT 06854** |
| | List the contract number of any government contract | | |

Debtor 1  **PACER PRINT**                                                                      Case number *(if known)* _____
         First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial Finance Agreement for Epson - Surepress L-6534VW - Printer** |
|        State the term remaining | **November, 2027** |
|        List the contract number of any government contract | **Mitsubishi HC Capital America Attn: CEO, President, Officer 800 Connecticut Ave Norwalk, CT 06854** |
| 2.11.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial Finance Agreement for 2015 Screen- TP-JL350 - Printer.** |
|        State the term remaining | **November, 2028** |
|        List the contract number of any government contract | **Mitsubishi HC Capital America Attn: CEO, President, Officer 800 Connecticut Ave Norwalk, CT 06854** |
| 2.12.  State what the contract or lease is for and the nature of the debtor's interest | **Air Compressor** |
|        State the term remaining | |
|        List the contract number of any government contract | **Newlane Finance 123 S. Broad Street 17th Fl Philadelphia,, PA 19109** |
| 2.13.  State what the contract or lease is for and the nature of the debtor's interest | **Retail installment sale contract for 2023 Ford Transit Cargo Van** |
|        State the term remaining | **January, 2029** |
|        List the contract number of any government contract | **Raceway Ford 5900 Sycamore Canyon Blvd Riverside, CA 92507** |
| 2.14.  State what the contract or lease is for and the nature of the debtor's interest | **Worker compensation insurance** |
|        State the term remaining | **September, 2025** |
|        List the contract number of any government contract | **State Compensation Insurance Fund Attn: CEO, President, Officer 333 Bush St Ste 800 San Francisco, CA 94104-2845** |

Debtor 1    **PACER PRINT**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement #133555 for Toyota Forklift Model #8FBE15U. Rights assigned to Toyota by Rebas, Inc. Lease contains a $1.00 buyout provision.** | |
|---|---|---|---|
| | State the term remaining | **August, 2027** | **Toyota Financial Services c/o NBS PO Box 9014 Addison, TX 75001-9014** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement. Noble Lift Model PSE26NSL. Rights assigned to Toyota by Rebas, Inc. Lease contains a $1.00 buyout provision.** | |
|---|---|---|---|
| | State the term remaining | **August, 2027** | **Toyota Financial Services c/o NBS PO Box 9014 Addison, TX 75001-9014** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2023 Toyota Tundra** | |
|---|---|---|---|
| | State the term remaining | **June, 2029** | **Toyota Financial Services c/o NBS PO Box 9014 Addison, TX 75001-9014** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **PACER PRINT**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063**<br>**Guarantor** | **North Mill Credit Trust** | ■ D  __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Geneva Capital, LLC** | ☐ D _____<br>■ E/F  __3.20__<br>☐ G _____ |
| 2.3 | **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Geneva Capital, LLC** | ■ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Geneva Capital, LLC** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Liberty Capital Group, Inc.** | ■ D  __2.9__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **PACER PRINT** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Channel Partners<br>Capital, LLC | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Channel Partners<br>Capital, LLC | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Mitsubishi HC Capital<br>America | ■ D   **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Mitsubishi HC Capital<br>America | ■ D   **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Mitsubishi HC Capital<br>America | ■ D   **2.12**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Naomi Gonzalez | 4066 Township Ave<br>Simi Valley, CA 93063 | Newlane Finance | ■ D   **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Peter Varady | 4066 Township Ave<br>Simi Valley, CA 93063<br>Guarantor | North Mill Credit<br>Trust | ■ D   **2.14**<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Peter Varady | 4066 Township Ave<br>Simi Valley, CA 93063 | Geneva Capital, LLC | ☐ D ____<br>■ E/F   **3.20**<br>☐ G ____ |

| Debtor | **PACER PRINT** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.14 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **Geneva Capital, LLC** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **Geneva Capital, LLC** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **Liberty Capital Group, Inc.** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **Mitsubishi HC Capital America** | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **North Mill Credit Trust** | ■ D ___**2.14**___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **QuickBooks** | ☐ D _____<br>■ E/F ___**3.32**___<br>☐ G _____ |
| 2.20 | **Peter Varady** | 4066 Township Ave<br>Simi Valley, CA 93063 | **U.S. Small Business Administration** | ■ D ___**2.18**___<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **PACER PRINT**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other **2025 Internal Report through February 17, 2025** | **$747,851.61** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other **2024 P&L** | **$8,415,030.30** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other **2023 Tax Return** | **$9,208,793.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **PACER PRINT**                                                 Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.<br><br>**To Follow** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Felxcon Company, Inc. vs. Pacer Print**<br>**23CHCV03862** | **Complaint for Money**<br><br>**Summons and Complaint filed.** | **Superior Court of California County of Los Angeles 9425 Penfiled Ave Chatsworth, CA 91311** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Mainline Printing, Inc. vs Pacer Print**<br>**23CHCV00922** | **Collection.**<br><br>**Request for Judgment entered.** | **Superior Court of California Los Angeles County 9425 Penfield Ave 1200 Chatsworth, CA 91311-6516** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **PACER PRINT** | Case number *(if known)* |
|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Friends of Humane Services Tijuana**<br>**641 E San Ysidro Blvd**<br>**#B3-431**<br>**San Ysidro, CA 92173** | **Monetary donations** | **2023-2024** | **$2,800.00** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | | **January 7, 2025** | **$48,262.00** |
| | Email or website address<br>**srfox@foxlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | **PACER PRINT** | Case number *(if known)* |

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **9655 De Soto Ave Chatsworth, CA 91311** | **2017 - 2022** |
| 14.2. | **9207-9257 Eton Ave Chatsworth, CA 91311** | **2022 - July, 2024** |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

Debtor   **PACER PRINT** _____     Case number *(if known)* _____

**Vestwell (401k Plan)** _____     EIN:   339821 _____

Has the plan been terminated?
☐ No
■ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank NA Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | **XXXX-8222** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Debtor's Employees 4101 Guardian St Simi Valley, CA 93063** | **4101 Guardian St Simi Valley, CA 93063** | **Debtor's Employees bring personal items to the office used for work and leave them on-site for convenience.** | **Unknown** |

**Part 12:   Details About Environment Information**

| Debtor | **PACER PRINT** | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Hope Financial Services, LLC** **2655 First St Ste 250** **Simi Valley, CA 93065** | **2024 (1 year)** |
| 26a.2. **Pacer Print** **4101 Guardian St** **Simi Valley, CA 93063** | **2024 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **PACER PRINT** | Case number *(if known)* | |
|---|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ryan Leonardo**<br>**PO Box 2676**<br>**Riverside, CA 92516** | |
| 26c.2. **Pacer Print**<br>**4101 Guardian St**<br>**Simi Valley, CA 93063** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Varady** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Shareholder** | **50% (CEO)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Naomi Gonzalez** | **4066 Township Ave**<br>**Simi Valley, CA 93063** | **Shareholder** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   PACER PRINT                                           Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  See Attached | | | |

Relationship to debtor

---

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☒ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

Vestwell                                          EIN:      339821

---

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 17, 2025

                                          Peter Varady
                                          Printed name
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   ~~Managing Agent~~   Ceo

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☒ Yes

PACER PRINT
Client: 0MU03

Case 9:25-bk-10187-RC    Doc 1    Filed 02/18/25    Entered 02/18/25 13:32:09    Desc
Main Document    Page 55 of 71
Check Register Report

Sorted on Department Code
From: 01/01/2024
To: 12/31/2024

| Employee | Earnings | Rate | Hours/Units | Amount | Taxes | | Deductions | | Net Pay | | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|

**100 - Admin 100**

| Employee | Earnings | Rate | Hours/Units | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GONZALEZ, NAOMI**<br>Code: A00M<br>Tax Profile: 1 - CA/CA/CA | Regular<br>Holiday<br>GROSS | 43.00<br>43.00 | 1,880.00<br>40.00 | 80,840.00<br>1,720.00<br>82,560.00 | Federal W/H (S)<br>Medicare<br>Social Security<br>CA State W/H (S/0)<br>CaliforniaSDI Tax | 6,574.80<br>1,087.32<br>4,649.22<br>3,512.76<br>824.86 | Dental<br>Health Care<br>401K Percent<br>Vision<br>401K Match Memo | 1,443.36<br>5,896.95<br>2,476.80<br>232.32<br>825.60 | Payroll Net Check<br>Check # 2956<br>Payroll Net Check<br>Check # 144637<br>Payroll Net Check<br>Check # 2938<br>Payroll Net Check<br>Check # 2726<br>Payroll Net Check<br>Check # 2461<br>Manual Check<br>Check # 144637<br>Manual Check<br>Check # 144602<br>Manual Check<br>Check # 144573<br>Direct Deposit Net Check<br>NET PAY | -2,115.17<br><br>-2,215.58<br><br>-2,125.22<br><br>-2,329.55<br><br>-2,329.56<br><br>2,215.58<br><br>2,329.56<br><br>2,329.56<br><br>60,101.99<br>55,861.61 |
| **VALDEZ, BLANCA ESTELA**<br>Code: A00S<br>Tax Profile: 1 - CA/CA/CA | Regular<br>Regular<br>Paid Time Off<br>Sick<br>Sick<br>Holiday<br>Holiday<br>Holiday<br>GROSS | 25.00<br>27.00<br>27.00<br><br>25.00<br><br>25.00<br>27.00 | 928.00<br>936.00<br>8.00<br>2,024.00<br>8.00<br>2,024.00<br>24.00<br>16.00 | 23,200.00<br>25,272.00<br>216.00<br><br>200.00<br><br>600.00<br>432.00<br>49,920.00 | Federal W/H (M)<br>Medicare<br>Social Security<br>CA State W/H (S/0)<br>CaliforniaSDI Tax | 4,158.96<br>723.84<br>3,095.04<br>1,569.84<br>549.12 | 401K Roth Percent<br>Long TermDisability<br>Voluntary Life<br>401K Match Memo | 2,795.20<br>92.16<br>155.85<br>499.20 | Payroll Net Check<br>Check # 2964<br>Payroll Net Check<br>Check # 144645<br>Payroll Net Check<br>Check # 2946<br>Payroll Net Check<br>Check # 2737<br>Payroll Net Check<br>Check # 2471<br>Manual Check<br>Check # 144645<br>Manual Check<br>Check # 144613<br>Manual Check<br>Check # 144581<br>Direct Deposit Net Check<br>Direct Dep. Distribution 1<br>NET PAY | -737.47<br><br>-1,562.71<br><br>-812.71<br><br>-1,078.11<br><br>-991.47<br><br>1,562.71<br><br>1,578.11<br><br>1,491.47<br><br>25,330.17<br>12,000.00<br>36,779.99 |
| **VARADY, ANDREA**<br>Code: A00J<br>Tax Profile: 1 - CA/CA/CA | Regular<br>Paid Time Off<br>Paid Time Off<br>Sick<br>Sick<br>Vacation | 32.00<br><br>32.00<br><br>32.00<br>32.00 | 1,736.00<br>2,024.00<br>24.00<br>2,024.00<br>56.00<br>64.00 | 55,552.00<br><br>768.00<br><br>1,792.00<br>2,048.00 | Federal W/H (H)<br>Medicare<br>Social Security<br>CA State W/H (H/0)<br>CaliforniaSDI Tax | 4,335.05<br>1,043.34<br>4,461.17<br>1,712.64<br>791.50 | Health Care<br>401K Roth Percent<br>Voluntary Life<br>401K Match Memo | 280.47<br>2,928.06<br>121.92<br>722.34 | Payroll Net Check<br>Check # 2965<br>Payroll Net Check<br>Check # 144647<br>Payroll Net Check<br>Check # 2947 | -1,932.70<br><br>-2,026.11<br><br>-2,026.11 |

PACER PRINT
Client: 0MU03

Case 9:25-bk-10187-RC    Doc 1    Filed 02/18/25    Entered 02/18/25 13:32:09    Desc
Main Document    Page 56 of 71

Check Register Report

Sorted on Department Code
From: 01/01/2024
To: 12/31/2024

| Employee | Earnings | Rate | Hours/Units | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Commission | | 2,024.00 | 10,514.40 | | | | | Payroll Net Check | -2,042.55 |
| | Holiday | | 2,024.00 | | | | | | Check # 2738 | |
| | Holiday | 32.00 | 40.00 | 1,280.00 | | | | | Payroll Net Check | -2,604.35 |
| | Retro Pay | | 2,024.00 | 280.47 | | | | | Check # 2472 | |
| | GROSS | | | 72,234.87 | | | | | Manual Check | 2,026.11 |
| | | | | | | | | | Check # 144647 | |
| | | | | | | | | | Manual Check | 2,042.55 |
| | | | | | | | | | Check # 144614 | |
| | | | | | | | | | Manual Check | 2,604.35 |
| | | | | | | | | | Check # 144582 | |
| | | | | | | | | | Direct Deposit Net Check | 60,519.53 |
| | | | | | | | | | NET PAY | 56,560.72 |
| **VARADY, PETER** | Regular | 43.00 | 1,880.00 | 80,840.00 | Federal W/H (S) | 7,006.35 | Dental | 1,425.93 | Payroll Net Check | -1,570.58 |
| Code: A00N | Holiday | | 2,024.00 | | Medicare | 1,041.97 | Health Care | 9,041.58 | Check # 2966 | |
| Tax Profile: 1 - CA/CA/CA | Holiday | 43.00 | 40.00 | 1,720.00 | Social Security | 4,455.33 | 401K Percent | 5,779.20 | Payroll Net Check | -1,654.18 |
| | GROSS | | | 82,560.00 | CA State W/H (S/0) | 2,883.06 | 401K Loan | 2,630.16 | Check # 44647 | |
| | | | | | CaliforniaSDI Tax | 790.46 | 401K Roth Percent | 5,779.20 | Payroll Net Check | -1,578.95 |
| | | | | | | | Voluntary Life | 720.00 | Check # 2948 | |
| | | | | | | | Vision | 232.32 | Payroll Net Check | -1,693.38 |
| | | | | | | | 401K Match Memo | 825.60 | Check # 2739 | |
| | | | | | | | | | Payroll Net Check | -1,693.38 |
| | | | | | | | | | Check # 2473 | |
| | | | | | | | | | Manual Check | 1,654.18 |
| | | | | | | | | | Check # 44647 | |
| | | | | | | | | | Manual Check | 1,693.39 |
| | | | | | | | | | Check # 144615 | |
| | | | | | | | | | Manual Check | 1,693.38 |
| | | | | | | | | | Check # 144583 | |
| | | | | | | | | | Direct Deposit Net Check | 43,923.96 |
| | | | | | | | | | NET PAY | 40,774.44 |
| **VARADY, VICTORIA** | Regular | 32.00 | 1,769.63 | 56,628.16 | Federal W/H (S) | 9,683.72 | Dental | 525.12 | Payroll Net Check | -1,610.98 |
| Code: A00L | Paid Time Off | 32.00 | 16.00 | 512.00 | Medicare | 1,152.74 | Health Care | 2,533.74 | Check # 2967 | |
| Tax Profile: 1 - CA/CA/CA | Sick | | 2,024.00 | | Social Security | 4,928.94 | 401K Roth Percent | 4,134.68 | Payroll Net Check | -1,697.57 |
| | Sick | 32.00 | 28.00 | 896.00 | CA State W/H (S/0) | 4,343.65 | Long TermDisability | 9.69 | Check # 144648 | |
| | Vacation | 32.00 | 32.00 | 1,024.00 | CaliforniaSDI Tax | 874.49 | Voluntary Life | 121.92 | Payroll Net Check | -1,697.57 |
| | Commission | | 2,024.00 | 22,353.13 | | | Vision | 135.36 | Check # 2949 | |
| | Holiday | | 2,024.00 | | | | 401K Match Memo | 826.94 | Payroll Net Check | -1,393.01 |
| | Holiday | 32.00 | 40.00 | 1,280.00 | | | | | Check # 2740 | |
| | GROSS | | | 82,693.29 | | | | | Payroll Net Check | -1,790.39 |
| | | | | | | | | | Check # 2474 | |
| | | | | | | | | | Manual Check | 1,697.57 |
| | | | | | | | | | Check # 144648 | |
| | | | | | | | | | Manual Check | 1,393.00 |
| | | | | | | | | | Check # 144616 | |
| | | | | | | | | | Manual Check | 1,790.39 |

PACER PRINT
Client: 0MU03

Case 9:25-bk-10187-RC    Doc 1    Filed 02/18/25    Entered 02/18/25 13:32:09    Desc
Main Document    Page 57 of 71

Check Register Report

Sorted on Department Code
From: 01/01/2024
To: 12/31/2024

| Employee | Earnings | Rate | Hours/Units | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Check # 144584 | ☐ |
| | | | | | | | | | Direct Deposit Net Check | 57,557.80 |
| | | | | | | | | | NET PAY | 54,249.24 |
| **Subtotals for Dept: 100** | Regular | | 9,129.63 | 322,332.16 | Federal W/H | 31,758.88 | 401K Loan | 2,630.16 | 40 Checks | -15,207.45 |
| | Paid Time Off | | 48.00 | 1,496.00 | Medicare | 5,049.21 | 401K Match Memo | 3,699.68 | 130 DD Vouchers | 247,433.45 |
| | Sick | | 92.00 | 2,888.00 | Social Security | 21,589.70 | 401K Percent | 8,256.00 | 30 DD Distributions | 12,000.00 |
| | Vacation | | 96.00 | 3,072.00 | California State W/H | 14,021.95 | 401K Roth Percent | 15,637.14 | NET PAY | 244,226.00 |
| | Commission | | 4,048.00 | 32,867.53 | CaliforniaSDI Tax | 3,830.43 | Dental | 3,394.41 | | |
| | Holiday | | 200.00 | 7,032.00 | | | Health Care | 17,752.74 | | |
| | Retro Pay | | 2,024.00 | 280.47 | | | Long TermDisability | 101.85 | | |
| | GROSS | | 9,565.63 | 369,968.16 | | | Vision | 600.00 | | |
| | | | | | | | Voluntary Life | 1,119.69 | | |
| **Total Company** | | | | | | | | | | |
| **Company Totals** | Regular | | 9,129.63 | 322,332.16 | Federal W/H | 31,758.88 | 401K Loan | 2,630.16 | 40 Checks | -15,207.45 |
| | Paid Time Off | | 48.00 | 1,496.00 | Medicare | 5,049.21 | 401K Match Memo | 3,699.68 | 130 DD Vouchers | 247,433.45 |
| | Sick | | 92.00 | 2,888.00 | Social Security | 21,589.70 | 401K Percent | 8,256.00 | 30 DD Distributions | 12,000.00 |
| | Vacation | | 96.00 | 3,072.00 | California State W/H | 14,021.95 | 401K Roth Percent | 15,637.14 | NET PAY | 244,226.00 |
| | Commission | | 4,048.00 | 32,867.53 | CaliforniaSDI Tax | 3,830.43 | Dental | 3,394.41 | | |
| | Holiday | | 200.00 | 7,032.00 | | | Health Care | 17,752.74 | | |
| | Retro Pay | | 2,024.00 | 280.47 | | | Long TermDisability | 101.85 | | |
| | GROSS | | 9,565.63 | 369,968.16 | | | Vision | 600.00 | | |
| | | | | | | | Voluntary Life | 1,119.69 | | |

Total Net Pay    244,226.00

# SFA Q4 & Q30

Additional Compensation to Insiders:

| Name | Date | Transaction Type | Amount |
|------|------|------------------|--------|
| Peter Varady | 1/16/2024 | Zelle | $900.00 |
| Peter Varady | 10/23/2024 | Zelle | $1,780.00 |
| Peter Varady | 9/20/2024 | Zelle | $1,780.00 |
| Peter Varady | 11/12/2024 | Zelle | $500.00 |
| Peter Varady | 11/27/2024 | Zelle | $1,780.00 |
| Peter Varady | 1/10/2025 | Zelle | $1,780.00 |
| | | **Total:** | **$8,520.00** |
| Naomi Gonzalez | 11/27/2024 | Zelle | $2,000.00 |
| | | **Total:** | **$2,000.00** |
| Victoria Varady | 8/3/2024 | Zelle | $600.00 |
| | | **Total:** | **$600.00** |
| Blanca Valdez | 2/12/2024 | Zelle | $403.69 |
| Blanca Valdez | 7/7/2024 | Zelle | $296.80 |
| Blanca Valdez | 8/28/2024 | Zelle | $289.28 |
| | | **Total:** | **$989.77** |
| | **Total Additional Compensation:** | | **$12,109.77** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   PACER PRINT

Case No.
Chapter   **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **48,262.00** |
| Prior to the filing of this statement I have received | $ | **48,262.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 17, 2025**
*Date*

Steven R. Fox
*Signature of Attorney*
**The Fox Law Corporation Inc.**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545  Fax: 818 774-3707**
**SRFox@foxlaw.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316**<br>**818 774-3545 Fax: 818 774-3707**<br>California State Bar Number: **138808 CA**<br>**SRF**ox@foxlaw.com | |

☐    *Debtor(s) appearing without an attorney*

■    *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

PACER PRINT

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __9__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    February 17, 2025

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:    February 17, 2025

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

PACER PRINT
4101 Guardian St
Simi Valley, CA 93063


Steven R. Fox
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316


Acucote
PO Box 890174
Charlotte,, NC 28289-0174


All American Air Compress
5927 Kester Avenue
Van Nuys,, CA 91411


American Express
Attn: CEO, President, Officer
200 Vesey St
New York, NY 10285-3106


American Express
Attn: CEO, President, Officer
200 Vesey Street
New York, NY 10285-3106


AV Graphics
20746 Plummer St.
Chatsworth,, CA 91311


Bank of America Business Advantage
PO Box 15796
Wilmington,, DE 19886-5796

Bottom Line Concepts
3323 NE 163rd Street Suite 302
North Miami Beach,, FL 33160


C&H Letterpress Inc
3400 W Castor St.
Santa Ana,, CA 92704


California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-3555


Case Paper
9168 Hermosa Avenue
Rancho Cucamonga,, CA 91730


Channel Partners Capital, LLC
10900 Wayzata Blvd. Suite 300
Minnetonka,, MN 55305


Chase Ink Preferred Credit Card
PO Box 15298
Wilmington,, DE 19886-5796


Clear Image Printing
12744 San Fernando Rd. Building 2
Sylmar,, CA 91342


Color Correct Solutions
PO Box 1497
Templeton,, CA 93465

Colorcom Inc
2437 S Eastern Ave.
Commerce,, CA 90040


Edison
PO Box 300
Rosemead,, CA 91772-0002


ENGS Commercial Finance Co
PO Box 128
Itasca, IL 60143


ENGS Commercial Finance Co
One Pierce Place Ste 1100
Itasca, IL 60143-0128


Envision It Now
2238 Connell Avenue
Simi Valley,, CA 93063


Epson America Inc
3131 Katella Ave
Los Alamitos,, CA 90720-2335


Farmers Insurance
c/o Karen Cardenas
21757 Devonshire Street Ste 1a
Chatsworth, CA 91311-2976


FLEXcon Co., Inc.
Flexcon Industrial Park
Specner,, MA 01562

Ford Motor Crdt Co Llc
c/o AIS Portfolio Services LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118


Foster Printing
700 E. Alton
Santa Ana,, CA 92705


Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952


Freightsaver.com LLC
Drawer # 3133 PO Box 5935
Troy,, MI 48007-5935


Fundbox
300 Montgomery St. Suite #900
San Francisco,, CA 94104


Geneva Capital, LLC
1311 Broadway Street
Alexandria,, MN 56308


GM America LLC
603 Norgal Drive Suite F
Lebanon,, OH 45036


Golden State Water Company
PO Box 51133
Los Angeles,, CA 90051-1133

GPA Printing CA, LLC
9655 De Soto Street
Chatsworth,, CA 91311


Group 35, CA LP
Attn: Gary Siegal, General Partner
5101 Douglas Fir Road
Calabasas, CA 91302


Hot Pack Co., Ltd
Tonglexiakeng 2nd Industrial
Longgang District
Shenzhen, China


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Itria Ventures/Biz 2 Credit
1 Penn Plaza, 49th Floor
New York,, NY 10119


IU Package
Duhui National Building, Room 708
Tiyu Road, Houjie Town
Dongguan, Guangdong, China


James Ko, DBA, Zion Dental
3921 E La Palma Ave Ste B
Anaheim,, CA 92807-1718


JJ Foil Company
1734 W Sequoia Ave.
Orange,, CA 92868

Johnson Boyce Properties, LLC
10420 Pioneer Blvd
Santa Fe Springs, CA 90670-3734


Johnson Boyce Properties, LLC
139 W Arrow Hwy
Pomona, CA 91767


Liberty Capital Group, Inc.
Attn: CEO, President, Officer
1011 Camino Del Rio South Ste 440
San Diego, CA 92108


Liberty Capital Group, Inc.
5403 Olympic Dr. NW Ste 200
Gig Harbor,, WA 98335


Liberty Capital Group, Inc.
45 Carey Ave Ste 200
Butler, NJ 07405


Mainline
3500 SW Topeka Blvd. Tope
Topeka,, KS 66611-2374


Midvale Indemnity Co
c/o Karen Cardenas
21757 Devonshire St Ste 1a
Chatsworth, CA 91311-2976


Mitsubishi HC Capital America
Attn: CEO, President, Officer
800 Connecticut Ave
Norwalk, CT 06854

Mitsubishi HC Capital America, Inc.
One Pierce Place Ste 1100
Itasca, IL 60143-0128


Naomi Gonzalez
4066 Township Ave
Simi Valley, CA 93063


Newlane Finance
123 S. Broad Street 17th Fl
Philadelphia,, PA 19109


North Mill Credit Trust
601 Merritt 7 Suite 5
Norwalk,, CT 06851


PayPal Mastercard
PO Box 71725
Philadelphia,, PA 19176-1718


Peter Varady
4066 Township Ave
Simi Valley, CA 93063


QuickBooks
2700 Coast Ave.
Mountain View,, CA 94043


Raceway Ford
5900 Sycamore Canyon Blvd
Riverside, CA 92507

Santa Clarita Valley Telecom
1622 Mary Rd.
Acton,, CA 93510


SGX
1150 N. Main Street
Orange,, CA 92867


State Compensation Insurance Fund
Attn: CEO, President, Officer
333 Bush St Ste 800
San Francisco, CA 94104-2845


TAM Printing
2961 E White Star Ave.
Anaheim,, CA 92806


Thomas Publishing
5 Penn Plaza
New York,, NY 10001


Toyota Financial Services
6565 Headquarters Drive
W2-3A-3D
Plano, TX 75024


Toyota Financial Services
c/o NBS
PO Box 9014
Addison, TX 75001-9014


TQL
PO Box 634558
Cincinnati,, OH 45263-4558

U.S. Small Business Administration
312 N Spring St 5th Flr
Los Angeles,, CA 90012-4701


UPM Raflatac
400 Broadpointe Drive
Mills River,, NC 28759


Ventura County Tax Collector
800 S Victoria Ave
Ventura, CA 93009


Walker Brothers
3839 E. Coronado St.
Anaheim,, CA 92807


Waste Management (WM)
PO Box 3020
Monroe,, WI 53566-8320


WAUSAU Coated Products INC.
7801 Stewart Ave. PO Box 904
Wausau,, WI 54402-0904


Western Corrugated Design
10035 Geary Ave
Santa Fe Springs,, CA 90670

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316**<br>**818 774-3545 Fax: 818 774-3707**<br>California State Bar Number: **138808 CA**<br>**SRFox@foxlaw.com** | |
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>   **PACER PRINT**<br><br>   Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   <u>**Peter Varady**</u>                                        , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date   2/17/25

By: _____
Signature of Debtor, or agent for Debtor

Name:   **Peter Varady**
Printed name of Debtor, or agent for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**